LOMAS & NETTLETON COMPANY *v.* EDMOND CADOUX ET AL.

The motion by the plaintiff for application for suspension of the rules pursuant to Practice Book § 762 in the appeal from the Superior Court in Fairfield County is denied.

*Melvin J. Silverman,* in support of the motion.

*Stephen M. Seelig* and *Nicholas A. Cioffi,* in opposition.

Submitted January 25—decided February 2, 1971

RUTH STONER *v.* MELVIN STONER

The motion by the defendant for review of the order terminating the stay of execution in the appeal from the Superior Court in Hartford County is denied.

*Paul W. Orth,* in support of the motion.

*John Crosskey,* in opposition.

Submitted February 3—decided February 10, 1971

UNITED AIRCRAFT CORPORATION *v.* INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL.

Permission is granted Mozart G. Ratner, Esq., to assist counsel of record in oral argument of the above-entitled case in the appeal from the Superior Court in Hartford County.

*Norman Zolot,* in support of the motion.

Submitted February 17—decided February 17, 1971